JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MARTIN VOGEL,<br><br>        Plaintiff,<br><br>    v.<br><br>CORNERSTONE NETWORK, INC. dba BURGER KING #5594; and LION CENTURY, LLC,<br><br>        Defendants. | Case No. 2:16-cv-02526-ODW (KSx)<br><br>**JUDGMENT** |

    On April 13, 2016, Plaintiff Martin Vogel filed this action against Defendant Cornerstone Network, Inc. dba Burger King #5594 and Defendant Lion Century, LLC under the Americans with Disabilities Act, the Disabled Persons Act, the Unruh Civil Rights Act, and California Health and Safety Code § 19955. (ECF No. 1.) The Clerk of Court entered a default against Defendant Cornerstone Network, Inc. dba Burger King #5594 on May 31, 2016, and entered a default against Defendant Lion Century, LLC on July 15, 2016. (ECF Nos. 13, 18.) On October 19, 2016, this Court granted Plaintiff's Motions for Entry of Default Judgment against both Defendants. (ECF No. 24.)

/ / /

/ / /

In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant Cornerstone Network, Inc. dba Burger King #5594 and Defendant Lion Century, LLC, are jointly and severally liable to Plaintiff Martin Vogel on Plaintiff's claims under the Americans with Disabilities Act and the Unruh Civil Rights Act;

2. Plaintiff shall recover statutory damages from Defendant Cornerstone Network, Inc. dba Burger King #5594 and Defendant Lion Century, LLC, in the amount of Twelve Thousand Dollars ($12,000.00);

3. Plaintiff shall recover attorneys' fees and costs from Defendant Cornerstone Network, Inc. dba Burger King #5594 and Defendant Lion Century, LLC, in the amount of One Thousand Eight Hundred and Five Dollars and Fifty Cents ($1,805.50);

4. Defendant Cornerstone Network, Inc. dba Burger King #5594 and Defendant Lion Century, LLC, shall remove architectural barriers at the facility known as Burger King #5594, 88140 South Garfield Avenue, South Gate, CA 90280 ("Facility"), as follows:

    a. Install appropriate signage at the Facility's disabled parking spaces, in compliance with ADA Accessibility Guidelines section 4.6.4;

    b. Install International Symbol of Accessibility signs at the Facility's main entrance, in compliance with ADA Accessibility Guidelines section 4.30.7;

    c. Install International Symbol of Accessibility signs at the strike side of the men's restroom door at the Facility, in compliance with ADA Accessibility Guidelines section 4.30.7;

    d. Install a handle on the exterior of the water closet stall door at the Facility, in compliance with ADA Accessibility Guidelines section

4.13.9;

e. Install a toilet tissue dispenser in the bathrooms at the Facility in compliance with ADA Accessibility Guidelines section 4.16.6;

f. Install a paper towel dispenser in the bathrooms at the Facility in compliance with ADA Accessibility Guidelines section 4.27.3;

g. Fully wrap the pipes beneath the lavatory, in compliance with ADA Accessibility Guidelines section 4.19.4.

**IT IS SO ORDERED.**

October 19, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**